# United States District Court
# Violation Notice

**CVB Location Code:** OR23

**Violation Number:** FBEY00CM
**Officer Name:** King
**Officer No.:** 2231

FBEY00CM

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 11/20/2022 16:03
**Offense Charged:** FED 36 CFR 261.54D
**Place of Offense:** NFS 48RD

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
OTHER LIMITATIONS - VIOLATION OF STATE LAW - DRIVING - FAILURE TO RENEW VEHICLE REGISTRATION FROM 2017. (ORS 803.455, CLASS D TRAFFIC VIOLATION)

## DEFENDANT INFORMATION

**Phone:**

**Last Name:** FRSCHMAN
**First Name:** PATRISHA
**M.I.:** L

**Street Address:**
**City:** **State:** **Zip Code:** **Date of Birth (mm/dd/yyyy):**
**Drivers License No.:** **CDL:** ☐ **D.L. State:** **Social Security No.:**

Adult ☐ Juvenile ☐ Sex ☐ M ☐ F  Race: Hair: Eyes: Height: Weight:

## VEHICLE

**VIN:** JT4RN13POR6062838  **CMV:** ☐

**Tag No.:** 058-FMV
**State:** OR
**Year:** 1994
**Make/Model:** TOYT/
**PASS** ☐
**Color:** MAR

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 150.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 180.00 | Total Collateral Due |

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** U.S. Court House . 1000 SW 3rd Ave Portland, OR 97204

**Date (mm/dd/yyyy):**
**Time (hh:mm):** 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FBEY00CM

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on     11/20/2022     while exercising my duties as a law enforcement officer in the               District of     OR

I state that on 20 November 2022, while exercising my duties as a law enforcement officer in the Judicial District of Oregon, Mt Hood National Forest, Barlow Ranger District, I was patrolling the NFS 48rd when I observed a small pick-up truck traveling in the opposite direction with a load of firewood in the bed of the truck. I decided to turn around and follow the pick-up truck in order to observe a firewood load ticket required by the firewood permit. By the time I turned around, the driver of the pickup had already pulled over and both occupants were outside of the vehicle. I pulled over behind them and exited my patrol vehicle to talk to the pair. I asked them if they had a firewood permit in their possession, which they did, but they were not following the conditions of the permit by using a vehicle other than what was listed on the permit, not tagging their firewood load while transporting, and failing to annotate their quantity removal record. The permit holder was the defendant, FRSCHMAN, Patricia L. of Tygh Valley, OR. The driver of the vehicle was also FRSCHMAN, who had a valid driver's license, but when I ran the Toyota pick-up's Oregon license plate, I learned that the vehicle lacked valid and current insurance and the registration had been expired since 2017 despite displaying a 2023 sticker. When I asked the defendant and her male passenger about the discrepancy, they admitted that the vehicle was their son's and they realized the stickers were intended for another vehicle in their family. Therefore, I issued FRSCHMAN a warning notice for her firewood collection violations (WN# MBEY0VA) and two citations pursuant to 36 CFR 261.54(d) Other Limitations - Violation of State Law - Driving Uninsured (ORS 806.010) and Failure to Renew Vehicle Registration (ORS 803.455). Both FRSCHMAN and her passenger were extremely cooperative and courteous throughout the contact.

The foregoing statement is based upon:

    MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:     11/20/2022     *Edward A. King*
              Date (mm/dd/yyyy)     Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
              Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident